IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN GRENKE, | ) |
| | ) 3:21-cv-0165 |
| Plaintiff, | ) |
| | ) Judge Robert J. Colville |
| vs. | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| ERIN HOWSARE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER OF COURT**

Before the Court is the June 13, 2022 Report and Recommendation of the Honorable Lisa Pupo Lenihan (ECF No. 55) recommending that this case be dismissed for failure to prosecute. Objections to Judge Lenihan's Report and Recommendation on behalf of unregistered ECF User Plaintiff[1] were due by June 30, 2022. No objections were filed, and the matter is now ripe for disposition.

The district court must make a *de novo* determination of those portions of the report to which objections are made. 28 U.S.C. § 636(b)(1)(C); *see also Henderson v. Carlson*, 812 F.2d 874, 877 (3d Cir.1987). This Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The district court judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

Upon review of the June 13, 2022 Report and Recommendation of the Honorable Lisa Pupo Lenihan (ECF No. 55), as well as a review of the entire record in this matter, including the

---

[1] The Report and Recommendation was sent to Plaintiff at his address of record via certified mail and Plaintiff has been notified of his obligation to update his address should it change, and is aware of this. (ECF Nos. 12, 48, 56).

entry of the show cause order and Plaintiff's failure to respond thereto, as well as the applicable *Poulis* factors and Fed. R. Ci. P. 41(b), it is hereby ORDERED as follows:

1. The Court hereby adopts the June 13, 2022 Report and Recommendation of the Honorable Lisa Pupo Lenihan (ECF No. 55) as the Court's Opinion;

2. This action is hereby DISMISSED WITH PREJUDICE for failure to prosecute; and

3. The Clerk of Court is hereby directed to mark this case as CLOSED and to terminate all pending motions as MOOT.

BY THE COURT:

s/*Robert J. Colville*\_\_\_\_
Robert J. Colville
United States District Judge

DATED: July 13, 2022

cc/ecf: All counsel of record

SHAWN GRENKE
164 Craig Road
Somerset, PA 15501